UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDOLPH MAXWELL,

                      Petitioner,

   -against-

S. WALKER, *Warden at R.N.D.C. C-74*,

                      Respondent.

1:22-CV-6552 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 5, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 5, 2022
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge